AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 10, 2023**

SEAN F. McAVOY, CLERK

Mr Billy Edward Toycen

)
)
*Plaintiff*                       )
v.                                   )    Civil Action No.    1:22-cv-03177-MKD
United States District Court   )
and Yakima County Superior Court )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Plaintiff's application to proceed in forma pauperis, ECF No. 2, is DENIED.
This action is DISMISSED WITHOUT PREJUDICE for non-payment of the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Mary K. Dimke

Date:   2/10/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz